

# THE KLEIN LAW GROUP, P.C.
KLEIN, KLEIN, TILLES & RUMACK
11 BROADWAY
SUITE 960
NEW YORK, NY 10004
Phone: 212-344-9022
Fax: 212-344-0301

SUSAN KLEIN
DAVID KLEIN
LESLIE TILLES*
DARREN P.B. RUMACK*†※

XIAN-MING LEI†
STEVEN G. DAVIS

*Member N.Y. & N.J. Bar
†Southern District of New York and the Eastern District of New York
※Also Admittied in District of Columbia

ALAN QUIG
Licensed New York State
Workers' Compensation
Representative

www.thekleinlawgroup.com

September 21, 2016

Judge William H. Pauley III
United States District Court
Southern District of New York
500 Pearl Street
Room 1920
New York, NY 10007

Re:  Joquin v. Goodman et al.
     <u>16-cv-05476 (WHP)</u>

Your Honor:

This firm serves as counsel to Plaintiff in the above matter. Pursuant to your order filed on September 13, 2016, please see attached revised settlement agreement with the release limited to wage and hour claims.

Sincerely,

Darren Rumack

c.c.  Eric Goidel (via ECF)