UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

KARENGA JOQUIN,

        Plaintiff,

        -against-

3755 GARAGE CORP., et al.,

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

16cv5476

ORDER

WILLIAM H. PAULEY III, District Judge:

        On September 13, 2016, this Court declined to adopt the parties' settlement on the ground that the "General Release" in Section 2 of the agreement was overbroad and "far too sweeping." (ECF No. 19.) On September 21, Plaintiff's counsel submitted a revised settlement agreement narrowing the language of the release to claims asserted in the underlying action. (ECF No. 20-1.) Accordingly, the Court approves the revised settlement agreement between the parties.

        For the foregoing reasons, Plaintiff's request for approval of the settlement agreement is granted. The Clerk of Court is directed to close this case with prejudice.

Dated: September 26, 2016
       New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.